**Order entered May 30, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-00125-CV

**JEFFREY LEIBOVITZ AND SEQUOIA FRANKFORD SPRINGS 23, L.P., Appellant**

**V.**

**SEQUOIA REAL ESTATE HOLDINGS, L.P., Appellee**

**On Appeal from the 116th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-11-14357**

## ORDER

Because the clerk's record is sealed and the appellants' brief and appendix rely on, and contain copies of, documents in the clerk's record, we **GRANT** appellants' May 20, 2014 motion to seal appellants' brief and appendix and **ORDER** the brief and appendix sealed.

/s/    ELIZABETH LANG-MIERS
        JUSTICE